*MOREAU vs. DUNCAN. Vol.* 1, 99.

FALL, 1811.
First District.

The tax on suits is not to be advanced.

This case was argued, in the presence of the three Judges, and *Mathews, J.* concurring in opinion with *Martin, J.* there was

JUDGMENT FOR THE DEFENDANT.

———— ⊕ ————

*KELLY & LAMBERT* vs. *BARBIN.*

If the plaintiff has prayed for a jury, he cannot wave it and compel defendant to allow judgment to be entered.

THIS was a suit upon a note of hand; the defendant plead the general issue, and prayed for a trial by jury : the word *defence* had not been written on the back of the answer.

*Ellery* for the plaintiffs. We are entitled to judgment, according to one of the rules of this court, *art.* 27, *ante* 9.

*Hennen* for the defendant. A jury has been prayed for; therefore the court cannot assess damages. To give to the rule the construction, which the plaintiffs' counsel proposes, would be to deprive the defendant of a trial by jury, which the ordinance and act of congress secure to him.

*By the Court*, LEWIS, *J. alone.* The rule can only reach such suits, in which the court are to try both the law and the fact. A jury being prayed for, the defendant must have it.

SUIT CONTINUED.